LAWRENCE J. SEMENZA, ESQ.
Nevada Bar # 789
SEMENZA & SEMENZA, LLP
3025 East Post Road
Las Vegas, NV 89120-2791
(702) 369-6999
Fax: (702) 263-3539
E-mail: lsemenza@semenzalawfirm.com

**JOHN R. LUSK, ESQ.**
Nev. Bar #1319
517 S. Third Street
Las Vegas, NV 89101
Tel. No. 702-382-3946
Fax: 702-382-0213
E-mail: jrl@lvcoxmail.com

Attorneys for Russell Pike

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL PIKE,<br><br>Defendant. | 2:09-cr-0147-JCM-GWF |

### WAIVER OF RIGHT TO JURY TRIAL AND

### CONSENT TO BE TRIED BY THE COURT

Defendant RUSSELL PIKE, after thorough discussions with his undersigned attorneys

and their advice about his rights to be tried by a jury of his peers, that all twelve jurors must agree before he can be convicted, and that by waiving jury all questions of fact and of his guilt will be decided by only one person, namely the District Court Judge, hereby waives his right to a Jury Trial and consents to be tried by the Court.

DATED: 6-8-2011

RUSSELL PIKE
Defendant

DATE: 6-8-2011

LAWRENCE SEMENZA, ESQ.
Attorney for Defendant

DATE: 6-8-2011

JOHN R. LUSK, ESQ.
Attorney for Defendant

The UNITED STATES OF AMERICA, through its undersigned attorneys, hereby consents to Defendant's waiver of a Jury Trial.

DATE: 6/8-2011

NICHOLAS DICKINSON, ESQ.
Assistant U.S. Attorney

DATE: 6/8/11

KIMBERLY M. SHARTAR, ESQ
Trial Attorney
U.S. Department of Justice

**APPROVED** BY THE COURT this 9th day of June, 2011.

JAMES C. MAHAN
U.S. District Court Judge