# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RUSSELL PIKE<br><br>　　　　　Defendant. | Case No.  2:09-cr-0147-JCM-GWF<br><br>**ORDER**<br><br>Notice of Disassociation of Counsel and Request for Removal from CM/ECF Service List (#56) |

This matter comes before the Court on Mark B. Bailus, Esq., George P. Kelesis, Esq., and the law firm of Bailus Cook & Kelesis, Ltd.'s Notice of Disassociation of Counsel and Request for Removal from CM/ECF Service List (#56), filed on August 11, 2011.  Upon the granting of this request, Defendant Pike is represented by retained attorneys Lawrence J. Semeza, Esq., and John R. Lusk, Esq.  Accordingly,

**IT IS HEREBY ORDERED** that Mark B. Bailus, Esq., George P. Kelesis, Esq., and the law firm of Bailus Cook & Kelesis, Ltd.'s Request for Removal from CM/ECF Service List (#56) is **granted**.

**DATED** this 12th day of August 2011.

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ George Foley Jr._
　　　　　　　　　　　　　　　　　　　　　　　　**GEORGE FOLEY, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**