DANIEL G. BOGDEN
United States Attorney
NICHOLAS D. DICKINSON
TIMOTHY S. VASQUEZ
Assistant United States Attorneys
333 Las Vegas Blvd. South, Ste 5000
Las Vegas, Nevada 89101
(702) 388-6336

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | 2:09-cr-00174-JCM-GWF |
|---|---|
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| RUSSELL PIKE, | |
| Defendants. | |

The United States files a proposed order for defendant's Motion for Bond Pending Appeal.

RESPECTFULLY SUBMITTED this 6th day of September, 2012.

                        DANIEL BOGDEN,
                        United States Attorney

                        _____/s/_____
                        NICHOLAS D. DICKINSON
                        TIMOTHY S. VASQUEZ
                        Assistant United States Attorneys

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RUSSELL PIKE<br><br>　　　　　Defendant. | 2:09-cr-00174-JCM-GWF<br><br><br><br>**ORDER** |

　　　THIS MATTER COMES BEFORE THE COURT on the defendant Russell Pike's Motion for Bond Pending Appeal. [**Docket No. 193**]. Having considered defendant's motion, the government's response [**Docket No. 195**], and defendant's reply [**Docket No. 196**], and having heard arguments of counsel on the matter on September 4, 2012, the Court finds the following: Defendant has established by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of any other person or the community. Defendant has not shown that his appeal will raise a substantial question of law or fact likely to result in reversal, an order for a new trial, a sentence that does not include a term of imprisonment, or a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeals process.

　　　**THEREFORE** defendant's Motion for Bond Pending Appeal is denied and defendant is continued on present terms of release until the time of his self-surrender date on Tuesday, December 4, 2012, at 12:00 p.m.

　　　**SO ORDERED** this <u>10th</u> day of September, 2012.

　　　　　　　　　　　　　　　　　　　/s/ James C. Mahan
　　　　　　　　　　　　　　　　　　　The Honorable James C. Mahan
　　　　　　　　　　　　　　　　　　　United States District Court Judge

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case 2:09-cr-00147-JCM-GWF   Document 203   Filed 09/07/12   Page 3 of 3