# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RUSSELL PIKE,<br><br>　　　　　Defendant. | 2:09-CR-147 JCM (GWF) |

## ORDER

Presently before the court is defendant Russell Pike's motion to continue his self surrender date. (Doc. # 213). The government has filed a response. (Doc. # 214).

Defendant seeks to continue his self surrender date currently scheduled for December 4, 2012, to January 7, 2013. (Doc. # 213, 1:21-22). Defendant notes that his self surrender date is close to the holiday season and requests the court to permit defendant to spend the holidays with his family before beginning his sentence. (Doc. # 213, 2:1-2).

The government opposes the motion. (Doc. # 214). The government states that defendant was permitted to remain free pending sentencing and that the sentencing hearing was continued twice. (Doc. # 214, 1:19-21). Thus, although defendant's reporting date is close to the holidays, defendant has had adequate time to get his affairs in order and that the delays in this case need to end. (Doc. # 214, 1:24-26).

. . .

**James C. Mahan**
**U.S. District Judge**

1  The court agrees. The court granted numerous continuances for defendant's trial. A trial that
2 was set to begin on June 15, 2009, did not actually commence until March 26, 2012, almost three
3 years later. The instant motion is another request to delay.
4  Accordingly,
5  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED defendant Russell Pike's
6 motion to continue his self surrender date (doc. # 213) be, and the same hereby is, DENIED.
7  DATED November 13, 2012.

*/s/ James C. Mahan*
_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**